UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOSEPH TAYLOR; et al.,

Plaintiffs - Appellees,

v.

NATHAN BYARS,

Objector - Appellant,

v.

GOOGLE LLC,

Defendant - Appellee.

No. 26-6253

D.C. No. 5:20-cv-07956-VKD
Northern District of California,
San Jose

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion to dismiss (Docket Entry No. 4) for failure to prosecute is denied.

The existing briefing schedule remains in effect.